Order entered March 25, 2021



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00834-CV

### LIZA WILDMAN, INDIVIDUALLY AND AS TRUSTEE OF THE SPRINGMAN-WILDMAN TRUST, Appellant

### V.

### ANNETTE PATRIZI AND ERIC PATRIZI, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02529-2018**

## ORDER

Before the Court is appellant's March 24, 2021 fourth motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on March 24, 2021 filed as of the date of this order.

/s/     CRAIG SMITH
        JUSTICE